IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STEVEN KENNETH STALEY, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:05-CV-185-Y |
| RICK THALER, Director, | § | |
| Texas Department of Criminal Justice, | § | (Death Penalty Case) |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER APPOINTI NG COUNSEL

On March 15, 2012, Steven Kenneth Staley ("Petitioner") filed an *Motion to Reopen Case and for Appointment of Counsel*. (Doc. 15). On March 16, 2012, the Court granted the motion to reopen and referred the motion to appoint counsel to the United States Magistrate Judge under 28 U.S.C. § 636(b).

Petitioner is entitled to the appointment of counsel by the provisions of 18 U.S.C. § 3599(a)(2). *See McFarland v. Scott*, 512 U.S. 849, 855-58 (1994). The Court further finds that attorney **John W. Stickels** possesses the background, knowledge, and experience to enable him to represent Petitioner with due consideration to the seriousness of the possible penalty and the unique and complex nature of the litigation, and is qualified and willing to accept this appointment as lead counsel. Accordingly, the Court orders as follows:

Petitioner's motion for appointment of counsel (doc. 15) is **GRANTED**, and **John W. Stickels** is appointed as lead counsel to represent Petitioner in this cause. Appointed counsel are entitled to compensation in accordance with Volume VII of the Guide to Judicial Policies and Procedures, which Counsel should read along with the instructions for form CJA 30 in order to ensure proper compensation for time and expenses incurred herein.

A copy of this order and form CJA 30 shall be provided to appointed counsel at the following addresses:

LEAD COUNSEL   **John W. Stickels**
P. O. Box 121431
770 N. Fielder Rd.
Arlington, Texas 76012
Phone: (817) 479 - 9282
Fax: (817) 622-8071

SIGNED: March 16, 2012.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE