IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTT WORTH DIVISION

| | |
|---|---|
| STEVEN DOUGLAS STALEY, | § |
| Petitioner, | § |
| v. | § No. 4:05-CV-185-Y |
| BOBBY LUMPKIN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § |
| Respondent. | § |

ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

The matter before the court is petitioner Steven Douglas Staley's unopposed motion to substitute counsel, filed September 5, 2025 (ECF no. 27).  Because the motion is unopposed, it is GRANTED as follows: (1) attorney John W. Stickels is excused from any further role in this cause; (2) the Federal Public Defender for the Western District of Texas is substituted and appointed as counsel of record for petitioner, with attorney Donna F. Coltharp designated as lead counsel for petitioner; and (3) this appointment is made under Title 18 U.S.C. Section 3599.

SIGNED September 23, 2025.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE